IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SPEARMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>NELNET SERVICING, LLC and EDFINANCIAL SERVICES, LLC,<br><br>    Defendants. | 4:22-CV-3191<br><br>ORDER |

The parties were previously ordered to no longer use the "spread text" feature when filing in this case. Filing 58; *see* filing 63. Counsel have not consistently followed that instruction. *See* filing 62; filing 75; filing 86; filing 89. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court is directed to terminate the 21 pending duplicates of the April 3, 2024 "Motion to Withdraw as Attorney" that was spread to the member cases.

2. The Clerk of the Court is directed to remove the "spread text" feature from this case by deleting the member case associations for the member cases.

Dated this 4th day of April, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge