UNITED STATE DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| *In Re:* | Case No. 4:22-cv-3191 |
| *Data Security Cases Against NELNET SERVICING, LLC* | The Honorable John M. Gerrard, U.S.D.J. |
| | The Honorable Jacqueline M. DeLuca, U.S.M.J. |

NOTICE OF SETTLEMENT

Plaintiffs Jessica Alexander, Pamela Bump, Bridget Cahill, Lesly Canales, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Kayli Lazarz, Brittni Linn, Delilah Oliveira, Devinne Peterson, Eric Polanco, Justin Randall, Sofia Rodriguez, Joshua Sanchez, Charles Sangmeister, Ian Scott, William Spearman, Taylor Vetter, Rachel Woods, Garner J. Kohrell, Olivia Covington, Alexis Luna, MaKayla Nelson, and Mary Traynor (collectively, the "Lead Plaintiffs") hereby provide notice that Lead Plaintiffs have reached a settlement in principle with defendant Nelnet Servicing, LLC, defendant EdFinancial Services, LLC ("EdFinancial") (collectively, the "Defendants") and the Oklahoma Student Loan Authority ("OSLA")(collectively, the "Parties").

The Parties are in the process of preparing a written settlement agreement and anticipate filing preliminary approval papers within the next forty-five (45) days. The Parties therefore request that the Court stay or vacate all other deadlines, without prejudice.

Dated: June 11, 2024　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Ian W. Sloss*
　　　　　　　　　　　　　　　　　　　Ian W. Sloss
　　　　　　　　　　　　　　　　　　　SILVER GOLUB & TEITELL LLP
　　　　　　　　　　　　　　　　　　　One Landmark Square, Floor 15
　　　　　　　　　　　　　　　　　　　Stamford, Connecticut 06901
　　　　　　　　　　　　　　　　　　　Telephone: (203) 325-4491
　　　　　　　　　　　　　　　　　　　Fax: (203) 325-3769
　　　　　　　　　　　　　　　　　　　isloss@sgtlaw.com

3

CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2024 the Notice of Settlement was filed with the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Ian W. Sloss*
Ian W. Sloss