UNITED STATE DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| *In Re:* | Case No. 4:22-cv-3191 |
| *Data Security Cases Against NELNET SERVICING, LLC* | The Honorable John M. Gerrard, U.S.D.J. |
| | The Honorable Jacqueline M. DeLuca, U.S.M.J. |

## SUPPLEMENTAL NOTICE OF SETTLEMENT AND INTERVENTION IN OKLAHOMA ACTION

Plaintiffs Jessica Alexander, Pamela Bump, Bridget Cahill, Lesly Canales, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Kayli Lazarz, Brittni Linn, Delilah Oliveira, Devinne Peterson, Eric Polanco, Justin Randall, Sofia Rodriguez, Joshua Sanchez, Charles Sangmeister, Ian Scott, William Spearman, Taylor Vetter, Rachel Woods, Garner J. Kohrell, Olivia Covington, Alexis Luna, MaKayla Nelson, and Mary Traynor (collectively, the "Lead Plaintiffs") hereby provide this supplemental notice to apprise to the Court of the following:

1. Lead Plaintiffs, defendant Nelnet Servicing, LLC ("Nelnet"), defendant EdFinancial Services, LLC ("EdFinancial"), and the Oklahoma Student Loan Authority ("OSLA") have now executed a binding term sheet outlining the terms of the settlement (the "Settlement") Lead Plaintiffs previously notified the Court of on June 11, 2024 (*See* ECF No. 96); and

2. Today, June 12, 2024, Lead Plaintiffs filed a Motion to Intervene and Stay Pending Final Approval of the Settlement in Related Class Action and Memorandum of Law in Support (*See* Exhibits 1 through 2-12, attached hereto) in the action captioned *Carr et al.*

*v. Oklahoma Student Loan Authority and Nelnet Servicing*, LLC, No. 5:23-cv-00099 (W.D. Okla.) (the "*Carr* Action") seeking to intervene and stay the action on the basis that that the Settlement will resolve all claims at issue in the *Carr* Action.

As previously represented, the parties in this action remain prepared to file preliminary approval papers within forty-five (45) days of June 11, 2024.

Dated: June 12, 2024                                Respectfully Submitted,

*/s/ Ian W. Sloss*
Ian W. Sloss
SILVER GOLUB & TEITELL LLP
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Fax: (203) 325-3769
isloss@sgtlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 12, 2024 the Notice of Settlement was filed with the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Ian W. Sloss*
Ian W. Sloss