IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SPEARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NELNET SERVICING, LLC, and EDFINANCIAL SERVICES, LLC,<br><br>Defendants. | 4:22CV3191<br><br><br>ORDER |

Plaintiffs filed a Notice of Settlement and Supplemental Notice of Settlement advising Plaintiffs reached a settlement with Defendants and the Oklahoma Student Loan Authority. Filing No. 96; Filing No. 97.

Accordingly,

**IT IS ORDERED** that:

1) The deadline for filing a motion for preliminary approval of the parties' settlement is July 26, 2024.

2) All proceedings and deadlines are stayed except those in connection with finalizing the settlement agreement and the motion for preliminary approval.

3) The stay will remain in effect until July 26, 2024 (if no settlement agreement is filed by that date) or until the Court issues a decision on the motion for preliminary approval.

Dated this 18th day of June, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge