UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re:<br><br>Data Security Cases Against NELNET SERVICING, LLC,<br><br>Defendant. | Case No. 4:22-cv-3191 |

### INTERVENORS' MOTION FOR CLARIFICATION

Intervenors Kathleen Carr, Keegan Killory, and Kelsie Powell (collectively, "Intervenors") respectfully move the Court to clarify its July 3, 2024, Order (ECF No. 100, the "Order") adopting the Magistrate Judge's Findings, Recommendation, and Order (ECF No. 98, the "Recommendation").

At paragraph two of the Court's Order it states, "[t]he ***intervenors'*** informal request for injunctive relief is denied." ECF No. 100 (emphasis added). However, the Magistrate Judge's Recommendation states, "IT IS RECOMMENDED to the Honorable John M. Gerrard, Senior United States District Judge, pursuant to 28 U.S.C. § 636(b), that ***Plaintiffs'*** informal requests for an injunction pursuant to the All Writs Act be denied." *See* ECF No. 98 at p. 11 (emphasis added).

Intervenors respectfully request clarification regarding if the second numbered paragraph of the Court's Order should read, "Plaintiffs' informal request for injunctive relief is denied."

Dated: July 12, 2024

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560

1

(405) 239-2112 (facsimile)
*wbf@federmanlaw.com*

**Counsel for the Intervenors**

### CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *William B. Federman*
William B. Federman