IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM SPEARMAN, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

NELNET SERVICING, LLC and EDFINANCIAL SERVICES, LLC,

    Defendants.

4:22-CV-3191

ORDER
NUNC PRO TUNC

This matter is before the Court on the Magistrate Judge's Findings, Recommendation, and Order (filing 98), recommending that the Court deny the plaintiffs' informal request for injunctive relief. There has been no objection. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 98) are adopted.

2. The plaintiffs' informal request for injunctive relief is denied.

Dated this 3rd day of July, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge