## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| *In Re:* | Case No. 4:22-cv-3191 |
| *Data Security Cases Against NELNET SERVICING, LLC* | The Honorable John M. Gerrard, U.S.D.J. |
| | The Honorable Jacqueline M. DeLuca, U.S.M.J. |

## JOINT NOTICE OF EXECUTION OF
## STIPULATION AND AGREEMENT OF CLASS ACTION SETTLEMENT

Plaintiffs Ian Scott, Jessica Alexander, Pamela Bump, Bridget Cahill, Lesly Canales, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Kayli Lazarz, Brittni Linn, Delilah Oliveira, Devinne Peterson, Eric Polanco, Justin Randall, Sofia Rodriguez, Joshua Sanchez, Charles Sangmeister, William Spearman, Taylor Vetter, Rachel Woods, Garner J. Kohrell, Olivia Covington, Alexis Luna, and Mary Traynor, along with MaKayla Nelson ("Plaintiffs"); Nelnet Servicing, LLC; Edfinancial Services, LLC; and the Oklahoma Student Loan Authority (collectively, the "Parties") are pleased to jointly report to the Court that they signed a binding Stipulation and Agreement of Class Action Settlement ("Settlement Agreement") late in the day on August 16, 2024.

However, given the number of exhibits, including documents relating to the proposed notice plan, and coordination required to obtain approval of those documents for the multiple parties involved, the Parties jointly request from the Court an extension of seven (7) days, until August 23, 2024, for Plaintiffs to file their motion for preliminary approval.

The Parties further jointly request that all other deadlines continue to be stayed.

1

Dated: August 16, 2024

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
Fax: (914) 997-0035
achristina@lowey.com

Ian W. Sloss
Johnathan Seredynski
Steven L. Bloch
Zachary Rynar
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, CT 06901
Tel: (203) 325-4491
Fax: (203) 325-3769
isloss@sgtlaw.com
jeredynski@sgtlaw.com
sbloch@sgtlaw.com
zrynar@sgtlaw.com

*Interim Co-Lead Class Counsel*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 16, 2024, a copy of this motion was filed electronically with the United States District Court for the District of Nebraska and served on all counsel of record through the CM/ECF system.

*/s/ Christian Levis*
Christian Levis
