IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| *In re* <br><br> *Data Security Cases Against NELNET SERVICING, LLC* | Case No. 4:22-cv-3191 <br><br> The Honorable John M. Gerrard, U.S.D.J. <br><br> The Honorable Jacqueline M. DeLuca, U.S.M.J. |

**PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Ian Scott, Jessica Alexander, Pamela Bump, Bridget Cahill, Lesly Canales, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Kayli Lazarz, Brittni Linn, Delilah Oliveira, Devinne Peterson, Eric Polanco, Justin Randall, Sofia Rodriguez, Joshua Sanchez, Charles Sangmeister, William Spearman, Taylor Vetter, Rachel Woods, Garner J. Kohrell, Olivia Covington, Alexis Luna, and Mary Traynor, along with MaKayla Nelson (collectively, "Plaintiffs") move under Rule 23(e) of the Federal Rules of Civil Procedure for preliminary approval of a proposed class action settlement with Nelnet Servicing, LLC, Edfinancial Services, LLC, and the Oklahoma Student Loan Authority.

In support thereof, Plaintiffs rely upon the accompanying Memorandum of Law in Support; the Declaration of Christian Levis in Support, which includes the Stipulation and Agreement of Class Action Settlement (Exhibit 1), Short Form Notice (Exhibit 2), Postcard Notice (Exhibit 3), Long Form Notice (Exhibit 4), Settlement Claim Form (Exhibit 5), firm résumé of Lowey Dannenberg, P.C. (Exhibit 6), firm résumé of Silver Golub & Teitell LLP (Exhibit 7); the Declaration of Justin Parks of A.B. Data in Support; and the [Proposed] Preliminary Approval Order.

1

Wherefore, Plaintiffs respectfully requests that this Court enter an Order preliminarily approving the proposed class action settlement.

Dated: August 23, 2024

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
achristina@lowey.com

Ian W. Sloss
Johnathan Seredynski
Steven L. Bloch
Zachary Rynar
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, CT 06901
Tel: (203) 325-4491
isloss@sgtlaw.com
jeredynski@sgtlaw.com
sbloch@sgtlaw.com
zrynar@sgtlaw.com

*Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, a copy of the foregoing document was filed electronically with the U.S. District Court for the District of Nebraska and served on all counsel of record through the CM/ECF system.

*/s/ Christian Levis*
Christian Levis