**EXHIBIT 3**

**POSTCARD NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

**COURT APPROVED LEGAL NOTICE**
*In re Data Security Cases Against Nelnet Servicing, LLC,* **No. 4:22-cv-03191 (D. Neb.) and all affected cases including** *Carr v. OSLA, et al.*, **No. 5:23-cv-00099-R (W.D. Okla.)**

**You may be a Settlement Class Member in a proposed class action settlement if your student loan information or other personal information was compromised during the unauthorized third-party access to Nelnet's systems that Nelnet announced in August 2022 (the "Data Security Incident").**

*This is not a solicitation from a lawyer.*

**This is NOT a Settlement Claim Form.**

**For more information about the Settlement and how to file a Settlement Claim Form visit: www.NelnetSettlement.com or call:** 1-XXX-XXX-XXXX

Nelnet Data Security Settlement
c/o [Settlement Administrator]
P.O. Box XXXXXX
[City, State ZIP Code]
Tel: XXXX
Email: XXXXX

Forwarding Service Requested
[BARCODE]
Postal Service: Please do not mark barcode
Claim No.:

[CLAIMANT INFO]

A proposed Settlement arising out of a Data Security Incident has been reached with Nelnet Servicing, LLC ("Nelnet"), Edfinancial Services, LLC ("Edfinancial"), and Oklahoma Student Loan Authority ("OSLA," and together with Nelnet and Edfinancial, the "Settling Entities"). On August 26, 2022, Nelnet disclosed that an unauthorized user was able to access information stored on Nelnet's computer systems. As a result, Personal Information of individuals may have been accessed, including student loan account registration information, names, addresses, email addresses, phone numbers, and Social Security numbers.
**Who Is Included?** All Persons in the United States whose Personal Information was compromised in the Data Security Incident disclosed by Nelnet in August 2022 may be affected by the Settlement.
**What Does The Settlement Provide?** The Settlement establishes a $10,000,000 non-reversionary cash Settlement Fund to compensate eligible Settlement Class Members who submit a Settlement Claim Form; pay Claims Administration Costs; pay Service Awards to the Class Representatives; and pay Class Counsel's attorneys' fees and expenses.
**How To Get Benefits:** You must complete a Settlement Claim Form online or by mail, including any required information, so that it is received by **Month XX, 202_**. You can file your claim online at **www.NelnetSettlement.com**. You may also get a paper Settlement Claim Form to submit by mail at the Settlement Website, by emailing info@nelnetsettlement.com or calling the toll-free number below.
**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **Month XX, 202_**. If you do not exclude yourself, you remain part of the Settlement Class and will release any claims you may have against the Released Parties related to the Data Security Incident, as more fully described in the Settlement Agreement, available at the Settlement Website. If you do not exclude yourself, you may object to any aspect of the Settlement, attorneys' fees and expenses, or the Service Awards by **Month XX, 202_**.
**The Fairness Hearing.** The U.S. District Court for the District of Nebraska has scheduled a Fairness Hearing in the consolidated case (*In re Data Security Cases Against Nelnet Servicing, LLC,* No. 4:22-cv-03191 (JMG) (JMD) (D. Neb.)) for **Month XX, 202_ at __:__ [a.m./p.m.] at the Robert V. Denney Federal Building** to consider whether to approve the Settlement, Service Awards, and attorneys' fees and expenses, as well as any objections. You or your attorney may attend and ask to appear at the hearing as described in the Court's Preliminary Approval Order, but you are not required to do so. The hearing date and time may be changed or held remotely, so please check the Settlement Website for those details.
**More Information.** Complete information about your rights and options, as well as the Settlement Claim Form, the Long Form Notice, and Settlement Agreement are available at **www.NelnetSettlement.com**, or by calling toll free 1-XXX-XXX-XXXX.