IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SPEARMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NELNET SERVICING, LLC, and EDFINANCIAL SERVICES, LLC,<br><br>Defendants. | 4:22CV3191<br><br><br>ORDER |

Upon review of the docket, Intervenors Kathleen Carr, Keegan Killory, and Kelsie Powell represent in their brief in support of their renewed motion to intervene that they are willing, if necessary, to provide a sworn declaration from counsel under seal to support statements in their brief. Filing No. 117 at 6 n.4.

Accordingly,

IT IS ORDERED as follows:

1) On or before October 2, 2024, the Intervenors may file the above-referenced sworn declaration. If the Intervenors do not timely file this declaration, the Court will presume the Intervenors do not intend to rely on the declaration as evidence in support of the statements in their brief.

2) If the Intervenors would like the Court to seal the declaration, the Intervenors shall, on or before October 2, 2024, (1) provisionally file the declaration under seal and (2) separately file a motion to seal pursuant to NECivR. 7.5. The motion to seal shall address whether restricting access to the declaration, *see* NECivR. 5.3(c), could eliminate or reduce the need for

1

sealing. The Court will consider the declaration timely under paragraph one if it is provisionally filed on or before October 2, 2024.

3) Defendants and Plaintiffs may respond to the Intervenors' motion to seal pursuant to the local rules.

Dated this 26th day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge