UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL VARLOTTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NELNET SERVICING, LLC,<br><br>Defendant. | Case No. 4:22-cv-3191 |

MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 1.3(f) of the Local Rules of this Court, the undersigned counsel moves to withdraw their appearance in this matter on behalf of Michael Varlotta, et al. Plaintiffs are currently represented by Brandon M. Wise of Peifer, Wolf Law Firm. Mr. Spray and Mr. Garbison respectfully request their names be removed from all applicable service lists.

Respectfully Submitted:

J.L. Spray, #18405
Jacob C. Garbison, #26789
MATTSON RICKETTS LAW FIRM
2077 N Street, Suite 320
Lincoln, NE 68510
Telephone No.: (402) 475-8433
Fax No.: (402) 625-0775
Email: jls@mattsonricketts.com
       jcg@mattsonricketts.com

COUNSEL FOR THE PLAINTIFF AND THE PUTATIVE CLASS

CERTIFICATE OF SERVICE

      I hereby certify that on November 11, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, causing notice of such filing to be served upon all parties registered on the CM/ECF system.

      */s/J.L. Spray*
      J.L. Spray, #18405