IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| *In Re:* <br><br> *Data Security Cases Against NELNET SERVICING, LLC* | Case No. 4:22-cv-3191 <br><br> The Honorable John M. Gerrard, U.S.D.J. <br><br> The Honorable Jacqueline M. DeLuca, U.S.M.J. |

**MOTION TO ADJOURN DEADLINES
IN PRELIMINARY APPROVAL ORDER**

Lead Plaintiffs request the Court briefly adjourn the deadlines contained in the Court's March 31, 2025 *Memorandum and Order Certifying Settlement Class, Preliminarily Approving Class-Action Settlement, and Approving Form and Manner of Notice* (the "Preliminary Approval Order") (ECF No. 146).

1. This Court granted preliminary approval to the Settlement and Notice Plan on March 31, 2025. *See* Preliminary Approval Order, ECF No. 146.

2. The Preliminary Approval Order set various deadlines, including for when Notice was to be issued, when Class Members were required to submit their claims, object, or opt-out, and when the Final Approval Hearing was to be held. Preliminary Approval Order, ECF No. 146.

3. The Preliminary Approval Order set a deadline of May 16, 2025, for Notice to be issued (the "Notice Deadline") to the Class. Preliminary Approval Order, ECF No. 146 at ¶ 8.

4. As a prerequisite to issuing Notice to Class Members, Section 4.1.1 of the Settlement Agreement requires that the parties to the Settlement obtain an order from the Oklahoma Court in the *Carr*[1] Action "***adopting, deferring to, or endorsing***" the Nebraska

---

[1] *See Carr, et al. v. Oklahoma Student Loan Authority & Nelnet Servicing, LLC*, No. 5:23-cv-00099-R (W.D. Okla.) ("*Carr*").

1

Court's Order granting preliminary approval. Settlement Agreement, Section 4.1.1, ECF No. 110-1 (emphasis added).

5. Promptly after issuance of the Preliminary Approval Order, on April 3, 2025, Nelnet and the Oklahoma Student Loan Authority ("OSLA") filed a motion to adopt the Nebraska Court's Preliminary Approval Order in the *Carr* Action, and to request an expedited briefing schedule given the upcoming May 16, 2025 Notice Deadline. *Carr* Action, ECF Nos. 167-170, 172.

6. The *Carr* plaintiffs (also limited-intervenors in this Action) responded in opposition on April 18, 2025. *Carr* Action, ECF No. 174.

7. On April 23, 2025, Lead Plaintiffs filed a limited motion to intervene in the *Carr* Action for the purposes of submitting a response to the *Carr* plaintiffs and in support of adoption of the Preliminary Approval Order. *Carr* Action, ECF No. 175.

8. On May 7, 2025, the Oklahoma Court held a telephone conference with Lead Plaintiffs, Nelnet, OSLA, and the Oklahoma Plaintiffs to discuss the pending motions. *Carr* Action, ECF Nos. 176, 178.

9. The Oklahoma Court issued an Order later that day stating that the July 12, 2024 stay "pending resolution of settlement proceedings in Nebraska" still "remains in effect" and that "[n]o further action will be taken in this case until the Nebraska Litigation is resolved or the stay is otherwise lifted." *Carr* Action, ECF No. 179.

10. The parties require additional time to satisfy certain provisions of the Settlement Agreement before Notice can commence.

11. Accordingly, the Claims Administrator will be unable to issue notice by the May 16, 2025 deadline.

12. Federal Rule of Civil Procedure 6(b) allows the Court to extend deadlines for good cause. *See* Fed. R Civ. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time: with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires").

13. Therefore, the Lead Plaintiffs request this Court temporarily adjourn the completion of Notice Plan as provided in the Preliminary Approval Order for an additional fifty (50) days.

14. A proposed form of Order requesting such relief is attached.

Dated: May 15, 2025

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
clevis@lowey.com
afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
achristina@lowey.com

Ian W. Sloss
Johnathan Seredynski
Steven L. Bloch
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, CT 06901
isloss@sgtlaw.com
jeredynski@sgtlaw.com
sbloch@sgtlaw.com

3

*Class Counsel*

## CERTIFICATE OF COMPLIANCE

I hereby certify that on May 15, 2025, no generative artificial intelligence program was used in drafting the document.

> */s/ Christian Levis*
> Christian Levis

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, a copy of the foregoing document was filed electronically with the U.S. District Court for the District of Nebraska and served on all counsel of record through the CM/ECF system.

> */s/ Christian Levis*
> Christian Levis