IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SPEARMAN, et al., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | 4:22-CV-3191 |
| vs. | ORDER |
| NELNET SERVICING, LLC and EDFINANCIAL SERVICES, LLC, | |
| Defendants. | |

This matter is set for a fairness hearing on Monday, November 10, 2025. However, a scheduling conflict has arisen for the Court. The Court's order of March 31, 2025 (filing 19) provides that the fairness hearing may be continued by the Court. Accordingly,

IT IS ORDERED:

1. The fairness hearing is continued to <u>Monday, November 24, 2025, at 10:00 a.m.</u> before the undersigned in Courtroom 3, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. To the extent practicable, the time and date of the rescheduled fairness hearing will be included in any notices of settlement that have yet to be sent.

3. The Claims Administrator shall ensure that the Settlement Website reflects the rescheduled hearing date.

Dated this 18th day of June, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge