IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM SPEARMAN, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>NELNET SERVICING, LLC and EDFINANCIAL SERVICES, LLC,<br><br>    Defendants. | 4:22-CV-3191<br><br>ORDER |

IT IS ORDERED:

1. The parties' joint motion to extend (filing 157) is granted.

2. Proposed notices of settlement shall be sent on or before <u>September 5, 2025</u>, pursuant to the notice plan set forth in the settlement agreement.

3. Beginning no later than <u>September 5, 2025</u>, the Claims Administrator shall create and maintain the Settlement Website until the termination of the administration of the Settlement.

4. No later than <u>October 20, 2025</u>, the Claims Administrator shall serve and file a sworn statement attesting to compliance with the notice provisions in this Order and the Court's Order of March 31, 2025 (filing 146).

5. No person other than Class Counsel and Settling Entities' Counsel

shall be heard and no papers, briefs, pleadings, or other documents submitted by any Settlement Class Member shall be considered by the Court unless, not later than November 4, 2025, the Settlement Class Member files with the Court (and serves the same on or before the date of such filing by hand or mail on Class Counsel and Settling Entities' Counsel) at the addresses in the Class Notice a written objection.

6. To be timely, a written notice of objection must either be electronically filed on the Court's electronic docket on or before November 4, 2025; or sent via first class, postage-prepaid United States Mail, postmarked no later than the Objection Deadline.

7. Any individual who wishes to exclude themselves from the Settlement must submit a written Request for Exclusion to the Claims Administrator, which shall be received by the Claims Administrator no later than November 4, 2025.

8. A Request for Exclusion shall not be effective unless it complies with the requirements in the Court's Order of March 31, 2025 (filing 146) and is received by November 4, 2025, as set forth in the notice to the Settlement Class.

9. On or before November 12, 2025, the Claims Administrator shall provide a final report to the Parties' Counsel summarizing the number of Requests for Exclusion (i.e., requests to opt out), a list of all individuals who have timely and validly excluded themselves from the Settlement in accordance with the requirements of the Settlement, this Order, and the Court's Order of March 31, 2025

(filing 146), and any other information requested by the Parties' Counsel.

10. All Claim Forms shall be submitted by Settlement Class Members to the Claims Administrator as directed in the Class Notice no later than November 4, 2025.

11. On or before November 21, 2025, the Claims Administrator will file for Court review a declaration describing the proposed distribution of Settlement Benefits.

12. Class Counsel shall file their motions for payment of attorneys' fees and expenses, Incentive Awards, and final approval of the Settlement no later than October 20, 2025. Any reply in support of the motions shall be filed no later than December 9, 2025.

13. A fairness hearing shall be held on Monday, January 12, 2026, at 10:00 a.m. before the undersigned in Courtroom 3, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The time and date of the fairness hearing will be included in each notice of settlement.

Dated this 1st day of July, 2025.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge