**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| *In Re:*<br>*Data Security Cases Against NELNET SERVICING, LLC* | Case No. 4:22-cv-3191<br><br>The Honorable John M. Gerrard, S.U.S.D.J.<br><br>The Honorable Jacqueline M. DeLuca, U.S.M.J. |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN AMENDED PRELIMINARY APPROVAL ORDER**

Plaintiffs, Ian Scott, Jessica Alexander, Pamela Bump, Bridget Cahill, Lesly Canales, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Kayli Lazarz, Brittni Linn, Delilah Oliveira, Devinne Peterson, Eric Polanco, Justin Randall, Sofia Rodriguez, Joshua Sanchez, Charles Sangmeister, William Spearman, Taylor Vetter, Rachel Woods, Garner J. Kohrell, Olivia Covington, Alexis Luna, and Mary Traynor, along with MaKayla Nelson, jointly along with Defendants, Nelnet Servicing, LLC and EdFinancial Services, LLC (collectively, the "Parties"), hereby move pursuant to Fed. R. Civ. P. 23(e) for the Court to issue an Amended Preliminary Approval Order and issue a revised schedule for the claims and Notice period to commence.

1. The Parties entered into a Stipulation and Agreement of Class Action Settlement dated August 16, 2024 (the "Agreement"). ECF No. 110-1.

2. The Notice Plan consisted of the Short Form Notice, Postcard Notice, and Long Form Notice. ECF Nos. 110-2 – 110-4.

3. This Court granted preliminary approval of the Settlement and Notice Plan on March 31, 2025 (the "Preliminary Approval Order"). ECF No. 146.

4. The Preliminary Approval Order set various deadlines, including when Notice was to be issued, when Class Members were required to submit their claims, object, or opt-out, and when the Final Approval Hearing was to be held. Preliminary Approval Order, ECF No. 146.

5. The deadlines in the Preliminary Approval Order were subsequently extended on May 16, June 18, and July 1, 2025. ECF Nos. 152-153, 156, 158.

6. The Court's July 1 Order set a deadline for Notice to be sent on or before September 5, 2025.

7. On September 5, 2025, the Parties filed a joint motion requesting the deadlines in the Court's July 1 Order be adjourned, which the Court granted on September 10, 2025. ECF Nos. 159-160.

8. The Agreement provided for the Parties to seek preliminary and final approval from this Court and the U.S. District Court for the Western District of Oklahoma, where a case arising from the identical factual predicate as this case is pending, i.e., *Carr, et al. v. Oklahoma Student Loan Authority, et al.*, No. 5:23-cv-00099 (W.D. Okla.) ("*Carr*").

9. In light of the developments in this Action and the *Carr* Action since the Agreement was executed, including the decision by this Court to preliminarily approve the Settlement, the Parties negotiated the attached Addendum to the Stipulation and Agreement of Class Action Settlement Dated August 16, 2024 (the "Addendum") to amend the Agreement to remove a contingency calling for approval of the Settlement in the U.S. District Court for the Western District of Oklahoma before Notice may begin. *See* Exhibit 1 attached to the Motion.

10. A redline reflecting the changes to the Agreement is attached as Exhibit A to the Addendum.

11. The Parties have also made associated redline changes to the Short Form and Long Form Notices to reflect the aforementioned changes to the Agreement. *See* Exhibits B – C to the Addendum.

12. The Parties remain committed to working towards satisfying the relevant provisions of the Agreement in order to permit Notice to commence.

13. Plaintiffs have conferred with counsel for Nelnet, Edfinancial, and OSLA who support the relief requested in the Motion.

14. A proposed form of order is attached.

Dated: September 26, 2025

Respectfully submitted,

*/s/ Ian W. Sloss*
Ian W. Sloss
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, CT 06901
Tel: (203) 325-4491
Email: isloss@sgtlaw.com

Christian Levis
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Email: clevis@lowey.com

*Class Counsel*

*/s/ Claudia D. McCarron*
Claudia D. McCarron
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333
Tel: (267) 930-4787
cmccarron@mullen.law

*Counsel for Nelnet Servicing LLC*

/s/ Casie D. Collignon
Casie D. Collignon
**BAKER & HOSTETLER LLP**
1801 California Street
Suite 4400
Denver, CO 80202-2662
Tel: (303) 861-0600
Email: ccollignon@bakerlaw.com

*Counsel for Edfinancial Services, LLC*

/s/ Jill H. Fertel
Jill H. Fertel
**CIPRIANI & WERNER, P.C.**
450 Sentry Parkway Suite 200
Blue Bell, PA 19422
Tel: (610) 567-0700
Email: jfertel@c-wlaw.com

*Counsel for the Oklahoma Student Loan Authority*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that no generative artificial intelligence program was used in drafting the foregoing document.

*/s/ Ian W. Sloss*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, a copy of the foregoing document was filed electronically with the U.S. District Court for the District of Nebraska and served on all counsel of record through the CM/ECF system.

*/s/ Ian W. Sloss*