**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| *In re*<br><br>*Data Security Cases Against NELNET SERVICING, LLC* | Case No. 4:22-cv-3191<br><br>The Honorable John M. Gerrard, U.S.D.J.<br><br>The Honorable Jacqueline M. DeLuca, U.S.M.J. |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Ian Scott, Jessica Alexander, Pamela Bump, Bridget Cahill, Lesly Canales, Melissa Charbonneau, Douglas Conley, Noah Helvey, Dallin Iler, Dustin Jones, Kayli Lazarz, Brittni Linn, Delilah Oliveira, Devinne Peterson, Eric Polanco, Justin Randall, Sofia Rodriguez, Joshua Sanchez, Charles Sangmeister, William Spearman, Taylor Vetter, Rachel Woods, Garner J. Kohrell, Olivia Covington, Alexis Luna, MaKayla Nelson, and Mary Traynor (collectively, "Plaintiffs") move for an Order under Federal Rules of Civil Procedure 23(e) for final approval of a class action settlement with Nelnet Servicing, LLC, Edfinancial Services, LLC, and the Oklahoma Student Loan Authority.

In support thereof, Plaintiffs rely upon the accompanying Memorandum of Law in Support; the Joint Declaration of Christian Levis and Ian W. Sloss in Support and Exhibits A – E; the Declaration of Mark Cowen of A.B. Data, Ltd. in Connection with Final Approval of Settlement; and the [Proposed] Final Approval Order and Judgment.[1]

Wherefore, Plaintiffs respectfully request that this Court enter an Order finally approving the class action settlement.

[1] Plaintiffs' Motion for Attorneys' Fees, Litigation Costs and Expenses, and Service Awards is the subject of a separate motion filed in conjunction with this motion.

Dated: February 19, 2026

Respectfully submitted,

*/s/ Christian Levis*
Christian Levis
Amanda G. Fiorilla
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Email: clevis@lowey.com
Email: afiorilla@lowey.com

Anthony M. Christina
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Email: achristina@lowey.com

Ian W. Sloss
Johnathan Seredynski
Steven L. Bloch
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, CT 06901
Tel: (203) 325-4491
Email: isloss@sgtlaw.com
Email: jeredynski@sgtlaw.com
Email: sbloch@sgtlaw.com

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, a copy of the foregoing document was filed electronically with the U.S. District Court for the District of Nebraska and served on all counsel of record through the CM/ECF system.

*/s/ Christian Levis*
Christian Levis